UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LAWRENCE HUNTLEY (#97908)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 08-807-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the plaintiff's complaint is dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, February 6, 2009.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA